UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 5:06CR450 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| Susan Aiti | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

The Court filed a marginal entry order (Doc. #147) granting the return of bond monies in the amount of ($10,000.00) Ten Thousand Dollars as to Susan Aiti.  The receipt reflects the funds had been submitted to the Clerk of Court on September 5, 2006.   The Financial Department of the U.S. District Court requires that any funds submitted to the clerk be returned to the same remitter.   The receipt infers the check was submitted in the name of Kay Kamel. The Court hereby orders the Financial Department to refund the bond monies in the amount of $10,000.00 to Ms. Kay Kamel, 804 Amherst Road, Massillon, Ohio 44646.

IT IS SO ORDERED.

 December 10, 2007                      */s/ John R. Adams*
   Date                                          John R. Adams
                                                       U.S. District Judge